UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| v. § | CRIMINAL NO. EP-15-CR-0228-DB |
| § | |
| DALIA VALENCIA, a.k.a. Dalia § | |
| Velasco, a.k.a. Dalia Krantz, a.k.a. Dalia § | |
| Krantz-Valencia (10), § | |
| § | |
| Defendant. § | |

## DIRECT NOTICE OF PRELIMINARY ORDER OF FORFEITURE

Notice is hereby given that in the case of *U.S. v. Dalia Valencia*, Criminal No. EP-15-CR-0228-DB, the United States District Court for the Western District of Texas entered a Preliminary Order of Forfeiture condemning and forfeiting the following property to the United States of America:

  a. Real property and appurtenances located at 2013 Thunder Ridge Drive, El Paso, Texas 79938, with all improvements and attachments thereon; and

  b. Real property and appurtenances located at Lot 10, Block 491, HORIZON CITY (UNIT SIXTY-FOUR), an Addition in El Paso County, Texas, according to the Plat thereof recorded in Volume 20, Page 33, Plat Records of El Paso County, Texas, with all improvements and attachments thereon.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant, asserting a legal interest in property which has been ordered forfeited to the United States must file a petition within 35 days of the final publication of notice or his receipt of notice, whichever is earlier pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1)-(3). The petition must be filed with the Clerk of the Court, 525 Magoffin, Suite 105, El Paso, Texas 79901, and a copy served upon Assistant United States Attorney Anna Arreola, 700 E. San Antonio, Suite 200, El Paso, Texas 79901.

The petition must comply with the requirements of 21 U.S.C. § 853(n).

If you fail to file a petition to assert your interest in the above-described property within the time prescribed above, your interest in this property will be lost and forfeited to the United States, which will then have clear title to the property and will dispose of the property in accordance with the law.

**APPENDIX A**