UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CRIMINAL NO. EP-15-CR-0228-DB |
| | § | |
| DALIA VALENCIA, a.k.a. Dalia | § | |
| Velasco, a.k.a. Dalia Krantz, a.k.a. Dalia | § | |
| Krantz-Valencia (10), | § | |
| | § | |
| Defendant. | § | |

## PRELIMINARY ORDER OF FORFEITURE

Before the Court is the United States of America's Motion for Preliminary Order of Forfeiture, pursuant to 18 U.S.C. § 1963(a) and (l), and Fed. R. Crim. P. 32.2(b)(1) and (2). This Court, being fully and wholly apprised in all its premises, finds that the United States has established by a preponderance of evidence that the below-described Subject Properties are subject to forfeiture pursuant to 18 U.S.C. § 1963, as property constituting and derived from proceeds obtained as a result of the conspiracy offense charged in Count One of the Fourth Superseding Indictment, EP-15-CR-0228-DB, to which Defendant DALIA VALENCIA (the "Defendant") pled guilty. The Court further finds that the Defendant has an interest in the Subject Properties. Said Motion is meritorious and should be, and hereby is, GRANTED. IT IS, THEREFORE,

ORDERED that all right, title, and interest of Defendant DALIA VALENCIA in certain property, namely:

   a. Real property and appurtenances located at 2013 Thunder Ridge Drive, El Paso, Texas 79938, with all improvements and attachments thereon; and

   b. Real property and appurtenances located at Lot 10, Block 491, HORIZON CITY (UNIT SIXTY-FOUR), an Addition in El Paso County, Texas, according to the Plat thereof recorded in Volume 20, Page 33, Plat Records of El Paso County, Texas, with all improvements and attachments thereon

(together referred to hereinafter as the "Subject Properties") shall be, and hereby is, FORFEITED to the United States of America; and IT IS FURTHER

ORDERED that upon entry of this Preliminary Order of Forfeiture, the United States through its lawfully designated agents and agencies, including the United States Marshals Service and the Drug Enforcement Administration, is authorized to seize and take custody, control and possession of the Subject Properties, whether held by the defendant or a third party, and shall be permitted to undertake whatever discovery is necessary to identify, locate, and dispose of the property; and IT IS FURTHER

ORDERED that the United States shall cause publication for at least 30 consecutive days on an official government internet website (www.forfeiture.gov) of notice of the Preliminary Order of Forfeiture and of its intent to dispose of the Subject Properties in such manner as the United States directs. The contents of the published notice shall be in compliance with Fed. R. Crim. P. 32.2(b)(6)(B). The United States must send notice to any person or entity who reasonably appears to be a potential petitioner with standing to contest the forfeiture in the ancillary proceeding; and IT IS FURTHER

ORDERED that the United States shall send the Direct Notice of the Preliminary Order of Forfeiture, which is attached as Appendix A to the United States of America's Motion for Preliminary Order of Forfeiture and incorporated herein by reference, along with a copy of the Preliminary Order of Forfeiture, to those known to the United States to have an alleged interest in the Subject Properties; and IT IS FURTHER

ORDERED that in the event a third-party petition is filed as to the Subject Properties, the United States shall commence discovery proceedings to resolve any third-party issues, including depositions, interrogatories, requests for production of documents, and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure; and IT IS FURTHER

ORDERED that at the time of Defendant DALIA VALENCIA's sentencing, the forfeiture of the Subject Properties shall be included in her Judgment in a Criminal Case.

IT IS SO ORDERED.

SIGNED this _____ day of March, 2017.

_____
HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE