UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CRIMINAL NO. EP-15-CR-0228-DB |
| | § | |
| DALIA VALENCIA, a.k.a. Dalia | § | |
| Velasco, a.k.a. Dalia Krantz, a.k.a. Dalia | § | |
| Krantz-Valencia (10), | § | |
| | § | |
| Defendant. | § | |

## ORDER OF MONEY JUDGMENT

Before this Court is the United States of America's Motion for Order of Money Judgment pursuant to 18 U.S.C. § 1963(a) and (m), and Fed. R. Crim. P. 32.2(b)(1) and (2). This Court, being fully and wholly apprised in all its premises, finds that the United States has proven by a preponderance of the evidence that the below-described money judgment represents a portion of the proceeds obtained as a result of the violation of 18 U.S.C. § 1962(d) charged in Count One of the Fourth Superseding Indictment, EP-15-CR-0228-DB, to which Defendant DALIA VALENCIA (the "Defendant") pled guilty, and that the Defendant is liable for said money judgment pursuant to 18 U.S.C. § 1963. This Court further finds that said money judgment is a criminal monetary penalty under Condition(s) 20, 21, and 22 of the United States Western District of Texas Conditions of Probation and Supervised Release. As such, said motion is meritorious and should be, and hereby is, GRANTED. IT IS, THEREFORE,

ORDERED that all right, title and interest of Defendant DALIA VALENCIA in a money judgment, namely:

**Money Judgment: A sum of approximately $12,480,000.00 in United States currency (twelve million, four hundred and eighty thousand dollars), for which Defendant DALIA VALENCIA is jointly and severally liable with co-defendants SAMUEL VELASCO GURROLA and EMMANUEL VELASCO GURROLA**

(hereinafter referred to as the "Money Judgment") shall be, and hereby is, FORFEITED to the United States of America; and IT IS FURTHER

ORDERED that, should the Court assess a term of probation or supervised release against Defendant DALIA VALENCIA, the Defendant shall pay the Money Judgment in accordance with a schedule of payments established by the United States Probation Office, to commence after all other criminal debt has been satisfied pursuant to 18 U.S.C. §§ 3612(c), 3663(c)(5), and 3664(j), and IT IS FURTHER

ORDERED that Defendant DALIA VALENCIA, shall make payments by money order or certified check made payable to the "United States Marshals Service" and shall include the case number of the instant cause on all certified checks or money orders, which in this case is EP-15-CR-0228(10) and said payments shall be sent to:

**United States Attorney's Office**
**Attn: Asset Forfeiture Division**
**601 NW Loop 410, Suite 600**
**San Antonio, Texas 78216**

and IT IS FURTHER

ORDERED that the United States shall, at its option, be entitled to the forfeiture of any other property (substitute assets) owned by Defendant DALIA VALENCIA, up to the value of the Money Judgment; and IT IS FURTHER

ORDERED that at the time of sentencing of Defendant DALIA VALENCIA, the Money Judgment shall be included in her Judgment in a Criminal Case.

IT IS SO ORDERED.

SIGNED this _____ day of March, 2017.

_____
HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE