**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **EP-15-CR-00228-DB** |
| | § | |
| **DALIA VALENCIA** | § | |
| **Defendant.** | § | |

**ORDER**

On this day, the Court considered Defendant Dalia Valencia's ("Defendant") "Reply to Government's Response to Motion to Unseal Judicial Records" ("Reply"), ECF No. 1295, filed on February 23, 2026. Because the Court has already denied "Defendant's Motion to Unseal Judicial Records," ECF No. 1256, the Court construes Defendant's Reply as a motion to reconsider. *See* ECF No. 1282. After due consideration, Defendant's motion is denied and said order remains in full effect.

Accordingly, **IT IS HEREBY ORDERED** Defendant Dalia Valencia's "Reply to Government's Response to Motion to Unseal Judicial Records," ECF No. 1295, is **CONSTRUED** as a motion to reconsider ECF No. 1282.

**IT IS FURTHER ORDERED** Defendant's "Reply to Government's Response to Motion to Unseal Judicial Records," ECF No. 1295, is **DENIED**.

**IT IS FINALLY ORDERED** the District Clerk's Office **SHALL MAIL** a copy of this order to Defendant's address on file.

**SIGNED** this **26th** day of **February 2026**.

_____
**THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE**